DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ACCEPTANCE CORP. v. DAVID

No. 105 PC.

Case below: 32 N.C. App. 559.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

AYERS v. ROWLAND

No. 78 PC.

Case below: 32 N.C. App. 599.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 May 1977.

CARDING SPECIALISTS v. GUNTER & COOKE

No. 95 PC.

Case below: 32 N.C. App. 485.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 May 1977.

GAMBILL v. BARE

No. 89 PC.

Case below: 32 N.C. App. 597.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 May 1977.

GIBBS v. DUKE

No. 99 PC.

Case below: 32 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.